United States District Court
Northern District of New York

# JUDGMENT

MARY CLOSURE, Individually and as Parent and Natural Guardian of unlisted minors; MARLA MOULTRIE, Individually and as Parent and Natural Guardian of unlisted minors; YVONNE OXENDINE, Individually and as Parent and Natural Guardian of unlisted minor; and CRYSTAL ERVIN, Individually and as Parent and Natural Guardian of unlisted minors

Plaintiffs'

VS.                              5:06-CV-926 (NPM) (GJD)

ONONDAGA COUNTY; ONONDAGA COUNTY SHERIFF'S DEPARTMENT; THE CITY OF SYRACUSE; THE CITY OF SYRACUSE POLICE DEPARTMENT; KEVIN WALSH, as Sheriff of Onondaga County; JAMES RENNA, Individually and in his capacity as a Police Officer; F. LAMBERTSON, Individually and as an officer of the Syracuse Police Department; J. ZACKUS, Individually and as an officer of the Syracuse Police Department; KEVIN MURPHY, Individually and as a Sergeant in the Onondaga Sheriff's Office; F. MENDOLIA, Individually and as a Deputy of the Onondaga County Sheriff's Department; and M. SACCO, Individually and as an Investigator in the Onondaga County Sheriff's Department

Defendants'

[X]  **Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the motions to dismiss the complaint in this action are granted and the action is dismissed. Judgment is hereby entered in favor of the defendants' and against the plaintiffs'.

All of the above pursuant to the Order of the Honorable Senior Judge Neal P. McCurn dated the 7th day of February, 2007.

| FEBRUARY 8, 2007 | LAWRENCE K. BAERMAN |
|---|---|
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | JOANNE BLESKOSKI |
| | **DEPUTY CLERK** |